EXHIBIT A

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/31/2024
CT Log Number 547674421

## Service of Process Transmittal Summary

**TO:**  Serviceof Process
CVS HEALTH COMPANIES
1 CVS DR MAIL CODE 1160
WOONSOCKET, RI 02895-6146

**RE:**  **Process Served in New Jersey**

**FOR:**  New Jersey CVS Pharmacy, LLC  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Wayne B. Triplett // To: New Jersey CVS Pharmacy, LLC |
| **CASE #:** | CAML00293924 |
| **NATURE OF ACTION:** | Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, West Trenton, NJ |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/31/2024 at 13:39 |
| **JURISDICTION SERVED:** | New Jersey |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/31/2024, Expected Purge Date: 11/05/2024 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 820 Bear Tavern Road |
| | West Trenton, NJ 08628 |
| | 877-564-7529 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**          Thu, Oct 31, 2024
**Server Name:**   Drop Service

| Entity Served | NEW JERSEY CVS PHARMACY, L.L.C. |
|---|---|
| Case Number | CAML00293924 |
| Jurisdiction | NJ |

| Inserts | | |
|---|---|---|
| | | |



William C. Popjoy, III, Esq.
Attorney ID # 026241987
POPJOY & KELLY, LLC
Two Echelon Plaza
221 Laurel Road, Suite 155
Voorhees, NJ 08043
(856) 845-8778
Attorneys for Plaintiff

| | | |
|---|---|---|
| Wayne B. Triplett, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION |
| Plaintiff | : | CAMDEN COUNTY |
| | : | |
| v. | : | Docket No.   CAM-L-002939-24 |
| | : | |
| CVS Health Corporation; | : | CIVIL ACTION |
| CVS Pharmacy, Inc.; | : | |
| New Jersey CVS Pharmacy, L.L.C.; | : | |
| CVS Distribution, Inc.; | : | SUMMONS |
| John Does 1 to 10; and Jane Does 1 to 10 | : | |
| | : | |
| Defendants | : | |

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If

judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated:   October 30, 2024 _____/s/ Michelle M. Smith, Esquire_____

Clerk of the Superior Court

Name/Address of Defendant(s) to be Served:

New Jersey CVS Pharmacy, L.L.C.
c/o C T Corporation, Agent
820 Bear Tavern Road
West Trenton, NJ   08628

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:** Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Floor
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:** Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main Street
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:** Deputy Clerk of the Superior Court
Central Processing Office, ATTN: Judicial Intake
First Floor, Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:** Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice, 1st Floor, Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:** Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:** Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street, P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 696-5550
LEGAL SERVICES
(856) 691-0494

**ESSEX COUNTY:** Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(856) 482-0618
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:** Deputy Clerk of the Superior Court
Civil Case Management Office, ATTN: Intake
First Floor, Court House, 1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:** Deputy Clerk of the Superior Court
Superior Court, Civil Records Department
Brennan Court House – 1st Floor
583 Newark Avenue
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:** Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:** Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:** Deputy Clerk of the Superior Court
Middlesex Vicinage, 2nd Floor – Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:** Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:** Deputy Clerk of the Superior Court
Civil Division
Washington and Court Streets, P.O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:** Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:** Deputy Clerk of the Superior Court
Civil Division, Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:** Deputy Clerk of the Superior Court
ATTN: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:** Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000, 40 North Bridge Street
Somerville, NJ 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:** Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:** Deputy Clerk of the Superior Court
1st Floor, Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:** Deputy Clerk of the Superior Court
Civil Division Office
Court House, 413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

William C. Popjoy, III, Esq.
Attorney ID # 026241987
POPJOY & KELLY, LLC
Two Echelon Plaza
221 Laurel Road, Suite 155
Voorhees, NJ 08043
(856) 845-8778
Attorneys for Plaintiff

---

| | | |
|---|---|---|
| Wayne B. Triplett, | : | SUPERIOR COURT OF NEW JERSEY |
| | : | LAW DIVISION |
| Plaintiff | : | CAMDEN COUNTY |
| | : | |
| v. | : | |
| | : | DOCKET NO. |
| CVS Health Corporation; | : | |
| CVS Pharmacy, Inc.; | : | |
| New Jersey CVS Pharmacy, L.L.C.; | : | |
| CVS Distribution, Inc.; | : | |
| John Does 1 to 10; and Jane Does 1 to 10 | : | CIVIL ACTION |
| | : | |
| | : | AMENDED COMPLAINT |
| | : | AND JURY DEMAND |
| Defendants | : | |

---

Plaintiff, Wayne B. Triplett, residing at 31 Hampton Gate Drive, Sicklerville, Camden County, New Jersey, by way of Complaint against the Defendants says:

### FIRST COUNT

1.      On or about November 5, 2022, Plaintiff, Wayne B. Triplett, was working as a delivery driver for Penske Logistics, making a delivery to the CVS Pharmacy in Manhattan, located between 53rd and 54th Street, in New York City, New York.

2.      Prior to making the delivery, the truck had been loaded with CVS products by employees of the defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS

Page **1** of **5**

Pharmacy, L.L.C., CVS Distribution, Inc., and/or John Does 1 to 10 (fictitious names) at the CVS Lumberton Distribution Center, located at 1 Berry Drive in Lumberton, New Jersey.

3.     The defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS Pharmacy, L.L.C., CVS Distribution, Inc., and/or John Does 1 to 10, acting through its agents, servants and employees at the CVS Lumberton Distribution Center, was responsible for safely and properly loading and securing the truck's cargo to insure that the cargo did not fall and strike the delivery driver and other workers while unloading the cargo.

4.     The defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS Pharmacy, L.L.C., CVS Distribution, Inc., and/or John Does 1 to 10, acting through its agents, servants and employees at the CVS Lumberton Distribution Center, was negligent in the loading and securing of the truck's cargo, and was otherwise negligent, inattentive, and careless, which negligence caused the plaintiff, Wayne B. Triplett, to sustain injury as a result of the load falling on him while he attempted to make the delivery at the CVS Pharmacy.

6.     As a direct and proximate result of the negligence of the defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS Pharmacy, L.L.C., CVS Distribution, Inc., and/or John Does 1 to 10, the plaintiff sustained severe and painful bodily injuries, which injuries caused him great pain and suffering, incapacitated him from his usual work and activities, necessitated his receiving medical treatment, and will in the future cause him great pain and suffering, and will in the future incapacitate him from his usual work and activities, and will in the future necessitate his receiving medical treatment.

WHEREFORE, the plaintiff, Wayne B. Triplett, demands judgment against defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS Pharmacy, L.L.C., CVS

Distribution, Inc., and/or John Does 1 to 10, for reasonable damages, together with interest, attorneys' fees, and costs of suit.

## SECOND COUNT

1. Plaintiff repeats the allegations of the First Count and incorporates same into this Count as if fully set forth at length here in.

2. At all times relevant hereto, defendants Jane Does 1-10 (fictitious names), corporations, partnerships, sole proprietorships, individuals, or other such entities doing business in the State of New Jersey, were acting as the agents, servants and/or employees and/or under the supervision and control of the defendants, CVS Health Corporation, CVS Pharmacy, Inc., New Jersey CVS Pharmacy, L.L.C., CVS Distribution, Inc., and/or John Does 1 to 10, acting through its agents, servants and employees at the CVS Lumberton Distribution Center.

3. The defendants, Jane Does 1 to 10, were negligent in the loading and securing of the truck's cargo, and were otherwise negligent, inattentive, and careless, which negligence caused the plaintiff, Wayne B. Triplett, to sustain injury as a result of the load falling on him while he attempted to make the delivery at the CVS Pharmacy.

WHEREFORE, the plaintiff, Wayne B. Triplett, demands judgment against defendants Jane Does 1 to 10 for reasonable damages, together with interest, attorneys' fees, and costs of suit.

## THIRD COUNT

1. Plaintiff repeats the allegations of the First and Second Counts and incorporates same into this Count as if fully set forth at length here in.

WHEREFORE, plaintiff demands judgment against all the defendants for reasonable damages, together with interest, attorneys' fees, and costs of suit, jointly, severally, or in the

alternative.

## DESIGNATION OF TRIAL COUNSEL

PLEASE BE NOTIFIED that pursuant to R. 4:25-4, William C. Popjoy, III, Esq., is hereby designated as trial counsel in the above captioned litigation, on behalf of the Law Firm of Popjoy & Kelly, LLC, representing plaintiff, Wayne B. Triplett.

## JURY TRIAL DEMAND

Plaintiff demands a Trial by Jury on all issues of law and fact.

## CERTIFICATION

Pursuant to *Rule 4:5-1*, the undersigned hereby certifies that the above action is not the subject of any other lawsuit or arbitration proceeding, and that there are no other people interested in the above action that have not been made a party to said action.

## NOTICE PURSUANT TO RULES 4:17-1, -2 and -4

TAKE NOTICE that upon the service of this Complaint on any and all defendants, it is deemed to have been simultaneously served with the appropriate Uniform Interrogatories and answers to these Uniform Interrogatories shall be served to the propounding party within 60 days after the Answer to the Complaint has been filed. Plaintiff hereby demands responsive answers to Form C and Form C2 Interrogatories within the time prescribed by the above-referenced New Jersey Court Rules from all defendants.

## NOTICE PURSUANT TO RULES 1:5-1(A) AND 4:17-4(C)

TAKE NOTICE that the undersigned attorneys, counsel for the plaintiff do hereby demand, pursuant to Rules 1:5-1(a) and 4:17-4(c) that each party herein serving pleadings and Interrogatories and receiving answers thereto, serve copies of all such pleading and answered

Page **4** of **5**

Interrogatories received from any party, including any documents, papers and other material referred to therein, upon the undersigned attorneys, and TAKE NOTICE that this is a continuing demand.

POPJOY & KELLY, LLC
Attorneys for Plaintiff

*/s/WILLIAM C. POPJOY, III, ESQ.*

DATED:      September 25,2024

CAMDEN COUNTY SUPERIOR COURT
101 S FIFTH STREET
SUITE 150
CAMDEN          NJ 08103

COURT TELEPHONE NO. (856) 650-9100
COURT HOURS  8:30 AM - 4:30 PM

TRACK ASSIGNMENT NOTICE

DATE:    SEPTEMBER 26, 2024
RE:      TRIPLETT WAYNE  VS CVS HEALTH CORPORATI ON
DOCKET:  CAM L -002939 24

THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON STEVEN J. POLANSKY

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     101
AT:  (856) 650-9100 EXT 43173.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
ATTENTION:
ATT: WILLIAM C. POPJOY
POPJOY & KELLY LLC
TWO ECHELON PLAZA, 221 LAUREL RD
STE 155
VOORHEES        NJ 08043

ECOURTS